

**KENTUCKY COURT OF JUSTICE**

**18-CI-00424**

## ASHER, REBECCA VS. RELIANCE STANDARD LIFE INSURANCE COMPANY

**PERRY CIRCUIT COURT**

Filed on **10/03/2018** as **CONTRACT** with **HON. ALISON C. WELLS**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

---

### Parties                                                                 18-CI-00424

**ASHER, REBECCA** as **PLAINTIFF / PETITIONER**

**RELIANCE STANDARD LIFE INSURANCE COMPANY** as **DEFENDANT / RESPONDENT**

**Address**
CHARLES T. DENARO, TWO COMMERCE SQ,
2001 MARKET ST; STE 1500
PHILADELPHIA PA 19103

**Summons**
**CIVIL SUMMONS** issued on **10/03/2018** served on **11/15/2018** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*SIGNED FOR BY EILEEN BRUNNER*

**THORNSBURY, ELIZABETH A** as **ATTORNEY FOR PLAINTIFF**

**Address**
201 WEST SHORT STREET, SUITE 800
201 WEST SHORT STREET, SUITE 800
LEXINGTON KY 40507

---

### Documents                                                               18-CI-00424

**COMPLAINT / PETITION** filed on **10/03/2018**

**RETURN OF SERVICE** filed on **11/07/2018**
  *S.O.S*

---

### Images                                                                  18-CI-00424

**COMPLAINT / PETITION** filed on **10/03/2018**  *Page(s): 5*

**SUMMONS** filed on **10/03/2018**  *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **10/03/2018**  *Page(s): 1*

**\*\*\*\* End of Case Number : 18-CI-00424 \*\*\*\***

**EXHIBIT 1**

Filed      18-CI-00424    10/03/2018      Charles Ira Patterson, P... NOT ORIGINAL DOCUMENT
12/04/2018 12:59:37 PM
84382

COMMONWEALTH OF KENTUCKY
PERRY CIRCUIT COURT
CIVIL DIVISION
CASE NO. _____
*Electronically Filed*

REBECCA ASHER                                                                   PLAINTIFF

vs.                                      **COMPLAINT**

RELIANCE STANDARD LIFE INSURANCE                    DEFENDANT
COMPANY

To be served through Kentucky Secretary of State:

Charles T. Denaro
Two Commerce Square
2001 Market Street
Suite 1500
Philadelphia, PA 19103

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

1. The Plaintiff, Rebecca Asher, is a citizen and resident of Perry County, Kentucky.

2. Reliance Standard Life Insurance Company ("Reliance Standard" or "Defendant") is an insurance company believed to be domiciled in the state of Illinois with its statutory home office located at 1100 East Woodfield Road, Two Woodfield Lake, Suite 437 Schaumburg, Illinois 60173.

3. Reliance Standard's service of process agent is Charles T. Denaro, located at Two Commerce Square, 2001 Market Street, Suite 1500, Philadelphia, PA 19103, and can be served through the Kentucky Secretary of State. Reliance Standard is authorized to do the business of insurance by holding a Kentucky Certificate of Authority.

Filed      18-CI-00424    10/03/2018            Charles Ira Patterson, Perry Circuit Clerk     NOT ORIGINAL DOCUMENT
                                                                                  12/04/2018 12:59:37 PM
                                                                                  84382

4. The Plaintiff had been employed at Appalachian Regional Healthcare, Inc. ("ARH") since approximately 2001, working most recently as a Food Production Coordinator.

5. The Defendant supplied and issued a policy of insurance to ARH, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable insurance policy number is believed to be LTD 113701. The insurance company's claim number is 2014-09-11-0177-LTD-01.

6. Jurisdiction and venue are proper in this court as Plaintiff was employed and worked in Perry County, Defendant's actions caused damages in Perry County, and Defendant supplied and issued insurance policies in Perry County to cover employees of ARH.

7. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

8. Benefits are payable to Plaintiff under the LTD insurance policy because she is disabled, as defined in the insurance policy, from performing her past occupation at ARH and any other occupation.

9. The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> "Totally Disabled" and "Total Disability" mean, that as a result of an Injury or Sickness:
> (1) during the Elimination Period and for the first 24 months for which a Monthly Benefit is payable, an Insured cannot perform the material duties of his/her Regular Occupation;
>> (a) "Partially Disabled" and "Partial Disability" mean that as a result of an Injury or Sickness an Insured is capable of performing the material duties of his/her Regular Occupation on a part-time basis or some of the material duties on a full-time basis. An Insured who is Partially Disabled will be considered Totally Disabled, except during the Elimination Period;

2

Filed      18-CI-00424    10/03/2018            Charles Ira Patterson, Perry Circuit Clerk

Presiding Judge: HON. ALISON C. WELLS (633348)

COM : 000002 of 000005

    (b) "Residual Disability" means being Partially Disabled during the Elimination Period. Residual Disability will be considered Total Disability; and

  (2) after a Monthly Benefit has been paid for 24 months, an Insured cannot perform the material duties of any occupation. Any occupation is one that the Insured's education, training or experience will reasonably allow. We consider the Insured Totally Disabled if due to an Injury or Sickness he or she is capable of only performing the material duties on a part-time basis or part of the material duties on a Full-time basis.

  If an Insured is employed by you and requires a license for such occupation, the loss of such license for any reason does not in and of itself constitute "Total Disability".

10. The Plaintiff, while working at ARH, became disabled as defined in her insurance policy on or about July 9, 2014, and remains disabled.

11. The Plaintiff was and has been unable to perform the material duties of her own occupation, and any other gainful occupation, since on or about July 9, 2014, as a result of injury or sickness.

12. The Plaintiff applied for LTD benefits with the Defendant in a timely fashion, in the manner outlined in the insurance policy.

13. Plaintiff provided proof that she was disabled from work, and that she was unable to perform her own occupation and any other occupation.

14. On or about November 7, 2014, Defendant approved Plaintiff's LTD claim effective October 7, 2014.

15. By letter dated August 27, 2015, Reliance Standard denied Plaintiff's LTD claim beyond October 7, 2016 (approximately 408 days later).

16. Plaintiff submitted an appeal, requesting that the Defendant reconsider its denial of benefits.

Filed    18-CI-00424    10/03/2018    Charles Ira Patterson, Perry Circuit Clerk

NOT ORIGINAL DOCUMENT
12/04/2018 12:59:37 PM
84382

17. By letter dated December 8, 2015, Defendant rejected Plaintiff's appeal and stated that Plaintiff's "request for an appeal...is too far away from the effective date of the claim closure (October 7, 2016)" and that Plaintiff was entitled to a formal appeal at a later date.

18. Plaintiff thereafter submitted a timely appeal of Defendant's August 27, 2015 denial of her LTD claim.

19. On or about May 3, 2017, the Social Security Administration approved Plaintiff's claim for Social Security disability benefits, finding that she was disabled as of August 12, 2016.

20. By letter dated August 23, 2017, Defendant upheld the denial of Plaintiff's LTD claim.

21. The August 23, 2017, letter stated that Plaintiff "has exhausted any administrative remedies available to her under the terms of the Policy."

22. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq.

23. The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract and/or by law.

24. Under the terms of the insurance policy, Plaintiff is entitled to continued monthly LTD benefits until the maximum benefit duration date in the policy.

25. The Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

## COUNT I

26. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

4

Presiding Judge: HON. ALISON C. WELLS (633348)

COM : 000004 of 000005

Filed        18-CI-00424    10/03/2018          Charles Ira Patterson, Perry Circuit Clerk

NOT ORIGINAL DOCUMENT
12/04/2018 12:59:37 PM
84382

27. This count is brought under ERISA pursuant 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denial of benefits under the plan and to recover benefits under the terms of the plan.

28. Defendant's decision to terminate benefits, and its refusal to reinstate benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

29. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

30. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief:

Judgment against Defendant for full contractual benefits under 29 U.S.C. § 1132(a)(1)(B) and attorney's fees and interest under 29 U.S.C. § 1132(g) pursuant to ERISA.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr, Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Attorney for Plaintiff*

5

Filed        18-CI-00424    10/03/2018          Charles Ira Patterson, Perry Circuit Clerk

Presiding Judge: HON. ALISON C. WELLS (633348)
COM : 000005 of 000005

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>12/04/2018 12:59:55 PM<br>Case #: **18-CI-00424**<br>84382<br>Court: **CIRCUIT**<br>County: **PERRY** |

*Plantiff*, ASHER, REBECCA VS. RELIANCE STANDARD LIFE INSURANCE COMPANY, *Defendant*

TO:  RELIANCE STANDARD LIFE INSURANCE COMPANY
     CHARLES T. DENARO, TWO COMMERCE SQ,
     2001 MARKET ST; STE 1500
     PHILADELPHIA, PA 19103

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Charles Ira Patterson, Perry Circuit Clerk
Date: **10/03/2018**

Presiding Judge: HON. ALISON C. WELLS (633348)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

                                  Title _____

Summons ID: @00000080299
CIRCUIT: 18-CI-00424 Long Arm Statute -- SOS - Restricted Delivery
ASHER, REBECCA VS. RELIANCE STANDARD LIFE INSURANCE COMPANY



Page 1 of 1

eFiled

CI : 000001 of 000001